IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    Plaintiff,

    v.                                                          No. 22-CR-2044 KG

LUZ BEATRIZ GARCIA,

    Defendant.

ORDER EXTENDING TIME PERIOD FOR FILING OBJECTIONS AND SENTENCING MEMORANDUM

This matter is before the Court on Defendant's Unopposed Motion to Extend Time Period for Sentencing Memorandum. The Court finds the motion is well-taken and should be granted. The Court having considered the motion and having considered the appropriate length of the extension, and having been fully advised in the premises, finds that Defendant has, by her motion, created a sufficient record to justify granting the motion to extend. In making this finding, the Court considers that this is the first requested extension filed by Defendant Luz Beatriz Garcia, and that the Defendant's explanation for necessitating an extension creates a sufficient justification to grant the Motion.

    **IT IS THEREFORE ORDERED** that the time period for filing sentencing memorandum in this case, and all related deadlines, shall be extended by fourteen (14) days.

_____
UNITED STATES DISTRICT JUDGE